### Rita MARGARIAN, Petitioner,

v.

### John ASHCROFT, Attorney General, Respondent.

No. 99–71554.

INS No. A70–960–441.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 15, 2001.

Decided Aug. 29, 2001.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

Before WOOD, Jr.,* KOZINSKI and O'SCANNLAIN, Circuit Judges.

MEMORANDUM **

Sufficient evidence supports the BIA's denial of Margarian's asylum claim on the grounds that she is not credible. *See INS v. Elias–Zacarias,* 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). "[I]f the trier of fact either does not believe the applicant or does not know what to believe, the applicant's failure to corroborate [her] testimony can be fatal to [her] asylum application." *Sidhu v. INS,* 220 F.3d 1085, 1090 (9th Cir.2000).

However, the BIA abused its discretion in denying petitioner's motion to remand or reopen to hear her claim under the United Nations Convention Against Torture. This case is remanded in light of *Kamalthas v. INS,* 251 F.3d 1279 (9th Cir.2001).

**AFFIRMED IN PART; REVERSED IN PART.**

---

* The Honorable Harlington Wood, Jr., Senior Circuit Judge for the Seventh Circuit Court of Appeals, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

